# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
February 6, 2026

Lyle W. Cayce
Clerk

_____

No. 25-60073

_____

Robert Harris; Darius Harris; Malcolm Stewart,

*Plaintiffs—Appellants*,

*versus*

Sam Dobbins, *in his individual capacity*; Charles Henderson, *in his individual and official capacities as Interim Chief of Police of Lexington, Mississippi*; City of Lexington; Lexington Police Department; James Shiers, *in his individual capacity*,

*Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:22-CV-479

_____

Before Stewart, Graves, and Oldham, *Circuit Judges*.

Per Curiam:[*]

Plaintiffs brought a host of civil-rights claims against police officers and former police officers of the city of Lexington, Mississippi, as well as the City itself. Lexington is a "tiny and deeply segregated town" in Holmes County, Mississippi. The town has about 1500 black residents and 300 white

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-60073

residents. Three of those black residents are appellants here: Robert Harris, Darious Harris, and Malcolm Stewart.

Defendants moved for judgment on the pleadings or, alternatively, for summary judgment. The district court granted defendants' motion with respect to the Harris brothers and Stewart in an exhaustive, seventy-seven-page opinion and order. Plaintiffs appealed.

We have reviewed the district-court briefing, TRO hearing testimony, amended complaint, and appellate briefing. After hearing oral argument, we find no reversible error in the district court's dismissal of plaintiffs' claims.

AFFIRMED.